# MEYER SUOZZI

Hanan B. Kolko

Meyer, Suozzi, English & Klein, P.C.
1350 Broadway, Suite 501
P.O. Box 822
New York, New York 10018-0026
Direct Dial: 212-763-7017   Office: 212-239-4999
Fax: 212-239-1311
hkolko@msek.com
www.msek.com

October 16, 2017

*Via ECF*

Honorable John G. Koeltl
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 12B
New York, New York 10007

  Re: Riordan v. Alberto Garces, President, AFGE Local 3369 and American Federation of Government Employees, 17-CV-4888 (JGK)

Dear Judge Koeltl:

  We represent defendant American Federation of Government Employees ("AFGE") in this case, and write pursuant to Your Honor's October 9, 2017 Order. AFGE never signed the settlement, and is thus not a party to it. For that reason, it takes no position on whether that agreement should be enforceable in federal court.

  Thank you.

             Respectfully submitted,

             *[signature]*

             Hanan B. Kolko

HBK:ptp

Cc: Joseph Canavo, Counsel for AFGE Local 3369 *(via e-mail and first class mail)*
   John Riordan *(via e-mail and first class mail)*
   Martin R. Cohen, Assistant General Counsel *(via e-mail and first class mail)*

4026140

| ALBANY | GARDEN CITY | WASHINGTON, D.C. |
|---|---|---|
| One Commerce Plaza | 990 Stewart Avenue, Suite 300 | 1300 Connecticut Avenue, N.W. |
| Suite 1705 | P.O. Box 9194 | Suite 600 |
| Albany, New York 12260 | Garden City, New York 11530-9194 | Washington, DC 20036 |
| Tel: 518-465-5551 I Fax: 518-465-2033 | Tel: 516-741-6565 I Fax: 516-741-6706 | Tel: 202-496-2103 I Fax: 202-223-0358 |